# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BEVERLY SHERRILL GOBEN, | ) | |
| Plaintiff(s), | ) | Case No. 2:12-cv-00086-JCM-NJK |
| v. | ) | **ORDER DENYING MOTION TO STRIKE WITHOUT PREJUDICE** |
| WAL-MART STORES, INC., et al., | ) | (Docket No. 56) |
| Defendant(s). | ) | |

Pending before the Court is Defendant North American Roofing Services, Inc.'s motion to strike Plaintiff's expert witness. Docket No. 56. No response or reply has been filed yet regarding that motion. On June 19, 2013, the Court granted the motion for a settlement conference and stayed discovery (with limited exceptions) pending the settlement conference. Docket No. 69. As such, the motion to strike is hereby DENIED without prejudice. In the event the parties are unable to reach a settlement at the settlement conference, Defendant(s) may renew that motion. Any renewed motion to strike shall be filed no later than August 4, 2013.

IT IS SO ORDERED.

DATED: June 20, 2013

_____
Nancy J. Koppe
United States Magistrate Judge