# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY GOBEN, | )<br>) |
| Plaintiff(s), | ) Case No. 2:12-cv-00086-JCM-NJK<br>) |
| vs. | ) RECUSAL ORDER<br>) |
| WAL-MART STORES, INC., | )<br>) |
| Defendant(s). | ) |

On June 19, 2013, the Court granted the joint motion for a settlement conference. *See* Docket No. 69. The Court held that settlement conference on July 29, 2013, at which a settlement was not reached. *See* Docket No. 77. Discovery in this matter has not concluded and, based on information learned during the settlement conference, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

Discovery in this matter was stayed pending the settlement conference. *See* Docket No. 69. The parties shall submit a joint status report to the newly-assigned magistrate judge no later than August 7, 2013.

DATED: July 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge