MICHAEL J. SHANNON
Nevada Bar No. 007510
mshannon@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Third-Party Defendant
North American Roofing Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY SHERRILL GOBEN,<br><br>  Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation, NORTH AMERICAN ROOFING SERVICES, INC, a foreign corporation, DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>  Defendants.<br><hr>WAL-MART STORES, INC.,<br><br>  Third-Party Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN ROOFING, a foreign corporation; ROE CORPORATIONS I through XX; and DOES I through XX, inclusive,<br><br>  Third-Party Defendants. | CASE NO.: 2:12-cv-00086-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL.** |

The parties hereto, by and through their respective counsel of record, hereby stipulate to the dismissal, with prejudice, of this case in its entirety. In particular, Plaintiff BEVERLY SHERRILL GOBEN, by and through her counsel, The Cottle Firm, stipulates to the dismissal of all of her claims asserted against Defendants WAL-MART STORES, INC. and NORTH AMERICAN ROOFING SERVICES, INC. In

1  addition, Third-Party Plaintiff WAL-MART STORES, INC., by and through its counsel, Phillips Spallas
2  & Angstadt, LLC, stipulates to the dismissal of its Third-Party claim against Third-Party Defendant NORTH
3  AMERICAN ROOFING SERVICES, INC. The parties further stipulate that each party shall bear its own
4  attorneys' fees and costs associated with this litigation.

DATED this 29th day of May, 2015.          DATED this 11th day of June, 2015.

THE COTTLE FIRM                            HALL JAFFE & CLAYTON, LLP

By _____                By _____
JAKE R. SPENCER                            MICHAEL J. SHANNON
Nevada Bar No. 012282                      Nevada Bar No. 007510
8635 S. Eastern Ave.                       7425 Peak Drive
Las Vegas, Nevada 89123                    Las Vegas, Nevada 89128
*Attorneys for Plaintiff*                  *Attorneys for Third-Party Defendant
                                           North American Roofing Services, Inc.*

DATED this  12th  day of June, 2015.

PHILLLIPS, SPALLAS & ANGSTADT, LLC


By  /s/ Signed Brenda H. Entzminger
BRENDA H. ENTZMINGER
Nevada Bar No. 009800
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant/Third-Party
Plaintiff Wal-Mart Stores, Inc.*

## ORDER

IT IS SO ORDERED.

DATED June 19, 2015.


_____
UNITED STATES DISTRICT JUDGE

Submitted by:

HALL JAFFE & CLAYTON, LLP

_/s/ Michael J. Shannon_
MICHAEL J. SHANNON
Nevada Bar No. 007510
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Third-Party Defendant
North American Roofing Services, Inc.*